**Order entered August 20, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01521-CV

**AETNA LIFE INSURANCE COMPANY AND AETNA HEALTH INC., Appellants**

**V.**

**KINDRED HOSPITALS LIMITED PARTNERSHIP D/B/A KINDREND HOSPITAL HOUSTON MEDICAL CENTER; THC HOUSTON, INC. D/B/A KINDRED HOSPITAL-BAY AREA AND D/B/A KINDRED HOSPITAL HOUSTON-NORTHWEST; AND TRANSITIONAL HOSPITALS CORPORATION OF TEXAS, INC. D/B/A KINDRED HOSPITAL TARRANT COUNTY-FORT WORTH SOUTHWEST, Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-13831**

# ORDER

We **REINSTATE** this appeal.

Before the Court is the parties' August 19, 2019 joint motion to dismiss the appeal. The motion will be considered in due course.

/s/     KEN MOLBERG
JUSTICE